UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

_____

| | |
|---|---|
| JONATHON PERFETTO, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CV 22-55-H-SEH |
| vs. | |
| FNU COOPER, | |
| Defendant. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of March 14, 2023 (Doc. 12), this action is DISMISSED.

Dated this 14th day of March, 2023.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk